IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN L. YELDING,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 08-0570-CG-C |
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION NO. 02-0134-CG |
| | : |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 13, 2008, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE