# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN L. YELDING,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 08-0570-CG-C |
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION NO. 02-0134-CG |
| | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DISMISSED** due to his failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE and ORDERED** this 29th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE