**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **STEVEN L. YELDING,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION NO. 08-0570-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 02-0134-CG** |
| **Respondent.** | : | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to Steven L. Yelding's motion for Certificate of Appealability and implicit motion for leave to appeal <u>in forma pauperis</u>, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. Because reasonable jurists could not debate whether Yelding's § 2255 petition should have been resolved in a different manner, petitioner's Motion for Certificate of Appealability (Doc. 54) is due to be and hereby is **DENIED**. It is further **CERTIFIED** that this appeal is not taken in good faith in that the petitioner has failed to show that he has a non-frivolous issue to be presented to the Eleventh Circuit Court of Appeals. Therefore, petitioner's implicit motion for leave to appeal <u>in forma pauperis</u> (*see* Doc. 54) is also **DENIED**.

**DONE and ORDERED** this the 2nd day of March, 2009.

<u>/s/ Callie V. S. Granade</u>
CHIEF UNITED STATES DISTRICT JUDGE